## SCHONEY v. ASCENSION REALTY CO.
### et al.
### No. 2027.

Court of Appeal of Louisiana. First Circuit.
Dec. 20, 1939.

Writ of Error Granted Feb. 5, 1940.

For former opinion, see 190 So. 204.

Walter Lemann, of Donaldsonville, for appellant.

Blum & LeBlanc, of Donaldsonville, for appellees.

WM. CARRUTH JONES, Judge ad hoc.

For the reasons assigned in our decision, rendered this day, on rehearing, in the case of Joseph Casso, Jr. v. The Ascension Realty Company et al., 192 So. 542, our previous opinion and decree in this case is reinstated and now made the final opinion and decree of this Court.

OTT, J., dissenting.

LeBLANC, J., not participating.